UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FEDERAL DEPOSIT INSURANCE
CORPORATION, as Receiver for
Orion Bank of Naples, Florida

    Plaintiff,

v.   Case No: 2:13-cv-208-FtM-38CM

NASON YEAGER GERSON
WHITE & LIOCE, P.A., ALAN I.
ARMOUR, II, and RYAN P.
AIELLO,

    Defendants.

## ORDER

This matter comes before the Court upon review of Defendants' Unopposed Motion for Leave to Depose Federal Inmate Jerry J. Williams (Doc. 106), filed on February 18, 2014. Defendants move the Court for leave to take the deposition of Jerry J. Williams, federal inmate number 54489-018. Williams is currently confined at the Federal Prison Camp Montgomery located in Montgomery, Alabama. Pursuant to Rule 30(a)(2)(B), Federal Rules of Civil Procedure, a party wishing to depose an individual confined in prison must obtain leave of the Court to do so.

In compliance with Local Rule 3.01(g), Defendants have conferred with the Plaintiff who does not oppose the relief requested.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Defendants' Unopposed Motion for Leave to Depose Federal Inmate Jerry J. Williams (Doc. 106) is **GRANTED**.

2. Defendants may take the deposition of Jerry J. Williams, federal inmate number 54489-018, an individual held in custody at the Federal Prison Camp Montgomery located in Montgomery, Alabama.

3. Defendants shall contact the Supervisor at the prison where Williams is incarcerated to arrange for an appropriate time and place for the deposition.

**DONE** and **ORDERED** in Fort Myers, Florida on this 17th day of March, 2014.

*CAROL MIRANDO*
United States Magistrate Judge

Copies:

Counsel of record