UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FEDERAL DEPOSIT INSURANCE
CORPORATION, as Receiver for
Orion Bank of Naples, Florida

    Plaintiff,

v.

Case No: 2:13-cv-208-FtM-38CM

NASON YEAGER GERSON
WHITE & LIOCE, P.A., ALAN I.
ARMOUR, III and RYAN P.
AIELLO,

    Defendants.

## ORDER

Before the Court is the parties' Joint Motion to Further Extend Deadlines to Permit Parties to Finalize Settlement Agreement ("Motion") (Doc. 126), filed on June 13, 2014. By the Motion, the parties request an additional two week extension of the deadlines to disclose expert reports, the discovery deadline[1] and the deadline for filing dispositive, *Daubert* and *Markman* motions. In support of the Motion, the parties state that they have been working diligently toward finalizing the settlement and have made substantial progress, and the requested extension will allow the parties time to gather the required signatures.

---

[1] The parties seek extension of the discovery deadline for the limited purpose of conducting expert depositions. Doc. 126 at 3. The Court previously stated it would also permit the renewal of Plaintiff FDIC-R's Motion to Compel Defendants to Properly Respond to the FDIC-R's First Set of Interrogatories and Requests for Production (Doc. 104) in the event the parties are unable to finalize settlement. *See* Doc. 125 at 3.

Although the Court finds good cause to grant the requested extension, the parties are cautioned that the Court cannot entertain requests for extensions beyond those granted in this Order unless the request applies to all remaining case deadlines, including removing the case to a later trial term. As the Court's Related Case Order and Track Two Notice (Doc. 3) states and the Amended Case Management and Scheduling Order (Doc. 79) reiterates, the Court requires that the deadline for filing dispositive, *Daubert* and *Markman* motions occur at least four months before the trial term begins. Doc. 3 at 6; Doc. 79 at 3. By granting the instant Motion, the Court has already substantially reduced the time allotted for filing and deciding those motions.

ACCORDINGLY, it is hereby

**ORDERED:**

1. The parties' Joint Motion to Further Extend Deadlines to Permit Parties to Finalize Settlement Agreement (Doc. 126) is **GRANTED**. The deadlines are extended as follows:

| | |
|---|---:|
| Disclosure of Expert Reports: | |
| Plaintiff: | June 27, 2014 |
| Defendants: | July 29, 2014 |
| Discovery Deadline: | August 28, 2014 |
| Dispositive Motions, *Daubert* and *Markman* Motions | September 5, 2014 |

2. The Clerk is directed to update the deadlines accordingly.

**DONE** and **ORDERED** in Fort Myers, Florida on this 18th day of June, 2014.

CAROL MIRANDO
United States Magistrate Judge

Copies:

Counsel of record