UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FEDERAL DEPOSIT INSURANCE
CORPORATION, as Receiver for
Orion Bank of Naples, Florida

    Plaintiff,

v.                                                                  Case No: 2:13-cv-208-FtM-38CM

NASON YEAGER GERSON
WHITE & LIOCE, P.A., ALAN I.
ARMOUR, III and RYAN P.
AIELLO,

    Defendants.

## ORDER

Before the Court is the parties' Joint Motion to Further Extend Deadlines to Permit Parties to Finalize Settlement Agreement (Doc. 131), filed on July 11, 2014. By the motion, the parties request a three-week extension of all remaining case management deadlines in order to finalize settlement and in support state that "[w]ithout an additional extension of time, the Parties would have to expend additional resources conducting discovery that would ultimately likely be needless." Doc. 131 at 3.

As the Court's Case Management and Scheduling Order points out, motions for extensions of deadlines are disfavored. Doc. 25 at 4; Doc. 79 at 3. The instant motion is now the fourth request for extension of the case management deadlines to

allow the parties to finalize the settlement.[1] *See* Docs. 124, 126, 128, 131. The Middle District of Florida Local Rules explain that it is the goal of the Court that the trial will be conducted in all Track Two cases within two years after the filing of the complaint and that most Track Two cases will be tried within one year. M.D. Fla. R. 3.05(c)(2)(E); *see* Related Case Order and Track Two Notice (Doc. 3). The Complaint in this case was filed on March 15, 2013 (Doc. 1) and the instant motion requests that the case be reset to the trial term beginning February 2, 2015. Doc. 131 at 1. Therefore, continuing to extend the deadlines will extend the trial in this case beyond two years from the filing of the Complaint.

Nevertheless, the Court is sympathetic to the parties' desire to avoid additional expenditures that may ultimately prove unnecessary in light of a finalized settlement and recognizes that the Federal Rules of Civil Procedure and the Local Rules are to be administered to secure just and inexpensive determination of proceedings. Fed. R. Civ. P. 1; M.D. Fla. R. 1.01(b). The Court will therefore grant the requested extension, but may not be inclined to extend the deadlines any further beyond those set forth in this Order absent the parties providing additional information establishing that they have diligently been working to finalize the settlement and informing the Court of the settlement's progression.

---

[1] The parties also filed two requests for extension of the case management deadlines for the parties to consider the mediator's proposal for settlement. *See* Docs. 120, 121.

ACCORDINGLY, it is hereby

**ORDERED:**

1. The Joint Motion to Further Extend Deadlines to Permit Parties to Finalize Settlement Agreement (Doc. 131) is **GRANTED**. The case management deadlines are extended as follows:

| | |
|---|---|
| Disclosure of Expert Reports<br>Plaintiff:<br>Defendant: | August 1, 2014<br>September 2, 2014 |
| Discovery Deadline[2] | October 2, 2014 |
| Dispositive Motions, *Daubert* and *Markman* Motions | October 10, 2014 |
| Meeting In Person to Prepare Joint Final Pretrial Statement | November 21, 2014 |
| Joint Final Pretrial Statement (Including a Single Set of Jointly Proposed Jury Instructions and Verdict Form (a Word or WordPerfect version should also be e-mailed to the Chambers e-mail address), Voir Dire Questions, Witnesses Lists, and Exhibit Lists on Approved Form) | December 5, 2014 |
| All Other Motions Including Motions *In Limine*, Trial Briefs | December 5, 2014 |
| Final Pretrial Conference   Date:<br>Time:<br>Judge: | January 9, 2015<br>9:30 AM<br>Honorable Sheri Polster Chappell |
| Trial Term Begins | February 2, 2015 |
| Estimated Length of Trial | 10 - 15 days |
| Jury/Non Jury | Jury |

---

[2] The parties seek extension of the discovery deadline for the limited purpose of conducting expert depositions. Doc. 131 at 1. The Court previously stated it would also permit the renewal of Plaintiff FDIC-R's Motion to Compel Defendants to Properly Respond to the FDIC-R's First Set of Interrogatories and Requests for Production (Doc. 104) in the event the parties are unable to finalize settlement. *See* Doc. 125 at 3.

2. All other directives set forth in the Amended Case Management and Scheduling Order (Doc. 79) remain in effect.

**DONE** and **ORDERED** in Fort Myers, Florida on this 16th day of July, 2014.

CAROL MIRANDO
United States Magistrate Judge

Copies:

Counsel of record