UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FEDERAL DEPOSIT INSURANCE
CORPORATION, as receiver for Orion
Bank of Naples, Florida,

       Plaintiff,

v.                                                                  Case No:   2:13-cv-208-FtM-38CM

NASON YEAGER GERSON WHITE
& LIOCE, P.A., ALAN I. ARMOUR II,
and RYAN P. PIELLO,

       Defendants.

_____/

**ORDER**[1]

      This matter comes before the Court on review of the Judgment in a Civil Case (Doc. #135) filed on August 21, 2014.  The Clerk erroneously entered the parties in the Judgment (Doc. #135).  Accordingly, the Clerk of Court is directed to file an amended judgment correcting this error.

      Accordingly, it is now

      **ORDERED:**

      The Clerk of Court shall enter an amended judgment naming the proper parties in this case.

_____

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

**DONE** and **ORDERED** in Fort Myers, Florida this 21st day of August, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record